United States Court of Appeals
Fifth Circuit

**F I L E D**

April 9, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60321
Summary Calendar

IOAN DOBRICAN,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
A75 786 793
--------------------

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Ioan Dobrican has filed a petition for review of a final order of the Board of Immigration Appeals ("BIA") affirming the denial of Dobrican's motion to reopen his deportation proceeding. Dobrican was ordered deported <u>in absentia</u> on June 9, 1998, when he failed to appear for his deportation hearing. Dobrican argues that he did not receive notice of the removal hearing.

We have reviewed the record and the briefs submitted by the parties and hold that the BIA did not abuse its discretion in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denying the motion to reopen.  See Lara v. Trominski, 216 F.3d 487, 496 (5th Cir. 2000); United States v. Estrada-Trochez, 66 F.3d 733, 735-36 (5th Cir. 1995).  Accordingly, Dobrican's petition for review is DENIED.

PETITION DENIED.